# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ED CV 20-01443-FMO (DFM) | Date: | September 10, 2020 |
|---|---|---|---|
| Title | Raymond Garcia v. San Bernardino County et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On July 23, 2020, the Court ordered Plaintiff to submit a completed CV-60P within 21 days. See Dkt. 5. Plaintiff's deadline has expired. Plaintiff has neither filed a completed form CV-60P nor sought an extension of time in which to do so. This represents a failure to prosecute.

Accordingly, within twenty-eight (28) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his form CV-60P, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) file his completed CV-60P. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**