JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RAYMOND GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>Defendants. | No. ED CV 20-01443-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: 10/30/20

/s/
_____
FERNANDO M. OLGUIN
United States District Judge